# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DANIEL HURLBUT,**                                                              **PLAINTIFF**
**ADC #658898**

**V.**                    **CASE NO. 1:19-CV-37-JM-BD**

**ARKANSAS ATTORNEY GENERAL,** *et al*.                          **DEFENDANTS**

## ORDER

Daniel Hurlbut, an Arkansas Department of Correction inmate, filed this civil

lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) For

screening purposes, Mr. Hurlbut has stated a deliberate-indifference claim against

Defendant Stieve, as well as against members of the University of Arkansas Medical

Sciences (UAMS) Endocrinology Department. Service is proper for Defendant Stieve.

The Clerk of Court is directed to prepare a summons for Defendant Stieve. The

United States Marshal is directed to serve a copy of the complaint (#2), with any

attachments, and a summons for Defendant Stieve without requiring prepayment of fees

and costs or security. Service for Defendant Stieve should be through Humphries, Odom,

& Lewis, 1901 Broadway Street, Little Rock, Arkansas 72206.

Although Mr. Hurlbut has stated a deliberate-indifference claim against members

of the UAMS Endocrinology Department, he has only named UAMS as a Defendant.

UAMS is not a party that may be sued under 42 U.S.C. § 1983. *UAMS v. Adams*, 354

Ark. 21, 24, 117 S.W.3d 588, 590 (2003). Accordingly, the Clerk is instructed to

terminate UAMS as a party Defendant and to add Doe Defendants, UAMS

Endocrinology Department, as Defendants.

Mr. Hurlbut has ninety days from the date this lawsuit was filed to identify and

serve the UAMS employees who allegedly failed to provide him constitutionally

adequate medical care. Because Mr. Hurlbut is proceeding IFP, the Court will order

service of process for these Defendants, but Mr. Hurlbut is responsible for providing their

names and valid service addresses. He may send discovery requests or use other means to

find valid service addresses for Defendants. Mr. Hurlbut is cautioned that failure to

timely identify and serve the Doe Defendants will result in dismissal of claims against

those Defendants.

IT IS SO ORDERED, this 19th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE