**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DANIEL HURLBUT,**                                                              **PLAINTIFF**
**ADC #658898**

**V.**              **CASE NO. 1:19-CV-37-JM-BD**

**ARKANSAS ATTORNEY GENERAL,** *et al.*                       **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. After carefully considering Mr. Hurlbut's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Mr. Hurlbut's claims that Defendants failed to process his grievances are DISMISSED, with prejudice. In addition, his access-to-courts claims, due process claims, conspiracy claims, and retaliation claims are DISMISSED, without prejudice. His claims against Defendant Eubanks are dismissed with prejudice; and claims against CCS, and Wellpath are DISMISSED, without prejudice.

Accordingly, the Clerk is instructed to terminate the Arkansas Attorney General, Vincent P. France, Brent Eubanks, Thomas Burns, Correct Care Solutions, WellPath, Shelly Byers, Wendy Kelly, Dexter Payne, Rory Griffin, Gary Musselwhite, G. Holland, Shurika Brown, Maurice Culclager, Hardy, Amplo, Roger Tims, and Keith Waddle as Defendants.

IT IS SO ORDERED, this 2nd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE