IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL HURLBUT                                                                    PLAINTIFF

V.                              CASE NO. 1:19-CV-37-JM-BD

ARKANSAS ATTORNEY GENERAL, *et al.*                                DEFENDANTS

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommendation has been sent to Judge James M. Moody Jr. Any party may file written objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. If he does not file objections, the parties may waive any right to appeal questions of fact.

**II.   Discussion:**

On May 8, 2019, Plaintiff Daniel Hurlbut filed this civil rights lawsuit while incarcerated in the Arkansas Department of Correction. (Docket entries #1, #2) The case remains pending.

On October 7, 2019, counsel for Defendant Stieve filed a Suggestion of Death and included an obituary published in the *Arkansas Democrat-Gazette* on October 5, 2019. (#26) The obituary states that Daniel Bryce Hurlbut of Springdale, Arkansas, died on

September 28, 2019. (#26-1) On August 8, 2019, Mr. Hurlbut had notified the Court that he was no longer in ADC custody; and he provided the Court with his updated address in Springdale, Arkansas. (#23) Therefore, it appears that Plaintiff Daniel Hurlbut is the individual listed in the referenced obituary.

Federal Rule of Civil Procedure 25(a)(1) provides that:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

The administrator of a deceased inmate's estate can bring a survival action to assert the decedent's § 1983 claim. *Yellow Horse v. Pennington County*, 225 F.3d 923, 926 (8th Cir. 2000); *Frey v. City of Aerculaneum*, 44 F.3d 667, 671 (8th Cir. 1995). Therefore, on October 22, 2019, the Court entered an order directing the administrator of Mr. Hurlbut's estate to file and serve a motion to substitute party within 90 days, as required Federal Rule of Civil Procedure 25(a)(1), if the administrator wanted to pursue claims raised in this case. (#27) The Court warned that this lawsuit would be dismissed if the estate administrator failed to comply with the Court's order within the time allowed. To date, no one has filed a motion to substitute parties.

### III. Conclusion:

The Court recommends that Mr. Hurlbut's claims be DISMISSED, without prejudice, this 23rd day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE