IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL HURLBUT                                                                    PLAINTIFF

V.                              CASE NO. 1:19-CV-37-JM-BD

ARKANSAS ATTORNEY GENERAL, *et al.*                              DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Hurlbut's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 10th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE