IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL HURLBUT                                                                                    PLAINTIFF

V.                             CASE NO. 1:19-CV-37-JM-BD

ARKANSAS ATTORNEY GENERAL, *et al.*                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE